THOMAS J. NOLAN, Appellant, *v.* METROPOLITAN STREET RAILWAY COMPANY, Respondent.

*Nolan* v. *Metropolitan St. Ry. Co.*, 65 App. Div. 184, affirmed.
(Argued December 18, 1902; decided January 20, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 27, 1901, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial.

*Thomas P. Wickes* and *Charles R. La Rue* for appellant.

*Charles F. Brown* and *Henry A. Robinson* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT and HAIGHT, JJ.  Absent : CULLEN and WERNER, JJ.